IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VENESIA McCLANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:10cv219-MHT |
| ) | (WO) |
| MACON COUNTY BOARD OF ) | |
| EDUCATION; GWENDOLYN T. ) | |
| MOORE; and JAMES BEACHER, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion for dismissal (Doc. No. 65) is granted and that this case is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of March, 2012.

               /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE